# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Jezign Licensing, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Electric Styles LLC,**<br><br>Defendant. | Case No. 5:19-cv-02775-NMC<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF JEZIGN'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jezign Licensing, LLC hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: December 2, 2019

Respectfully submitted,

/s/ Steven A. Nielsen
Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Jezign Licensing, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 2, 2019, via the Court's CM/ECF system.

/s/ Steven A. Nielsen
Steven A. Nielsen

SO ORDERED this __2nd__ day of ____December____, __2019__.

_____
UNITED STATES DISTRICT JUDGE

